**Order entered January 24, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00078-CV

## IN RE EMEKA ALUDOGBU AND RESTORATIVE HEALTHCARE, LLC, Relators

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-00112**

## ORDER
Before Justices Brown, Schenck, and Reichek

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of

mandamus. We **ORDER** relators to bear the costs, if any, of this original proceeding.


/s/     ADA BROWN
        JUSTICE